**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Young

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:07-cr-00511 MCE |
| | ) | |
| Plaintiff | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | |
| | ) | Date:      January 8, 2009 |
| MICHAEL ANTHONY YOUNG, | ) | Time:      9:00 AM |
| | ) | Court:     MCE |
| Defendant | ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, December 18, 2008, at 9:00 AM, for status conference be rescheduled for January 8, **2009**  at 9:00 AM for status.

   Defense requests that this case be continued for further investigations and because the parties continue to attempt to resolve the matter.

   It is further stipulated that the period from December 18, 2008, through and including January 8, **2009**  be excluded in computing the time within which trial must commence under the

-1-

Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: December 17, 2008                /S/ MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Defendant

Dated: April 7, 2007                    /S/ MICHAEL BECKWITH
                                        Michael Beckwith
                                        Attorney for Plaintiff

**IT IS SO ORDERED**

**DATED:** December 19, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE