1  **MICHAEL B. BIGELOW**
   Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
   Michael Young

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA      )   No. 2:07-cr-00511-MCE
                                  )
10                Plaintiff       )   STIPULATION AND ORDER
                                  )   CONTINUING STATUS
11         v.                     )
                                  )   Date:      February 26, 2009
12 MICHAEL ANTHONY YOUNG,         )   Time:      9:00 AM
                                  )   Court:     MCE
13                Defendant       )
   _____  )
14

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16 their respective attorneys that the above referenced matter,

17 calendared for Thursday, January 8, 2009, at 9:00 AM, for status

18 conference be rescheduled for February, 26, 2009 at 9:00 AM for

19 status.

20      Defense requests that this case be continued for further

21 investigations and because the parties continue to attempt to

22 resolve the matter.

23      It is further stipulated that the period from January 8,

24 2009, through and including February 26, 2008 be excluded in

25 computing the time within which trial must commence under the

                                  -1-

Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: January 7, 2009    /S/ MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Defendant

Dated: January 7, 2009    /S/ MICHAEL BECKWITH
                                        Michael Beckwith
                                        Attorney for Plaintiff

**IT IS SO ORDERED.**

**DATED:** January 8, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-