1  **MICHAEL B. BIGELOW**
   Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
   Michael Young

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA       )    No. Cr.S-07-511 MCE
                                  )
10           Plaintiff            )    STIPULATION AND PROPOSED ORDER
                                  )    CONTINUING STATUS
11      v.                        )
                                  )    Date:      March 19, 2009
12 MICHAEL ANTHONY YOUNG,         )    Time:      9:00 AM
                                  )    Court:     MCE
13           Defendant            )
   _____)
14

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16 their respective attorneys that the above referenced matter,

17 calendared for Thursday, February 26, 2009, at 9:00 AM, for

18 status conference be rescheduled for March 9, 2009 at 9:00 AM

19 for status.

20      Defense requests that this case be continued for further

21 investigations and because the parties continue to attempt to

22 resolve the matter.

23      It is further stipulated that the period from February 26,

24 2009, through and including March 19, 2009 be excluded in

25 computing the time within which trial must commence under the

-1-

Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: February 25, 2009           /S/ MICHAEL B. BIGELOW
                                   Michael B. Bigelow
                                   Attorney for Defendant


Dated: February 25, 2009           /S/ MICHAEL BECKWITH
                                   Michael Beckwith
                                   Attorney for Plaintiff

**IT IS SO ORDERED**

**DATED:** February 26, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE