**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Young

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-07-511 MCE |
| ) | |
| Plaintiff ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING STATUS |
| v. ) | |
| ) | Date: April 9, 2009 |
| MICHAEL ANTHONY YOUNG, ) | Time: 9:00 AM |
| ) | Court: MCE |
| Defendant ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, February 26, 2009, at 9:00 AM, for status conference be rescheduled for April 9, 2009 at 9:00 AM for status.

Defense requests that this case be continued for further investigations and because the parties continue to attempt to resolve the matter.

///

///

-1-

It is further stipulated that the period from February 26, 2009, through and including April 9, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: February 25, 2009 /S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

Dated: February 25, 2009 /S/ MICHAEL BECKWITH
Michael Beckwith
Attorney for Plaintiff

**IT IS SO ORDERED**

**DATED:** February 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE