**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Young

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. 2:07-cr-00511 MCE | |
| ) | | |
| Plaintiff ) | STIPULATION AND ORDER | |
| ) | CONTINUING STATUS | |
| v. ) | | |
| ) | Date: April 30, 2009 | |
| MICHAEL ANTHONY YOUNG, ) | Time: 9:00 AM | |
| ) | Court: MCE | |
| Defendant ) | | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, April 9, 2009, at 9:00 AM, for status conference be rescheduled for April 30, 2009 at 9:00 AM for status.

Defense requests that this case be continued for further investigations and because the parties continue to attempt to resolve the matter.

It is further stipulated that the period from April 9, 2009, through and including April 30, 2009 be excluded in computing the time within which trial must commence under the

-1-

Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: April 7, 2009          /S/ MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant


Dated: April 7, 2009          /S/ MICHAEL BECKWITH
                              Michael Beckwith
                              Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: April 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE