**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Young

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 2:07-cr-00511-MCE |
| ) Plaintiff ) | STIPULATION AND ORDER CONTINUING STATUS |
| v. ) | |
| ) | Date: May 21, 2009 |
| MICHAEL ANTHONY YOUNG, ) | Time: 9:00 AM |
| ) | Court: MCE |
| Defendant ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, April 30, 2009, at 9:00 AM, for status conference be rescheduled for May 21, 2009 at 9:00 AM for Change of Plea.

Defense requests that this case be continued in order that the parties may finalize the details of the proposed resolution.

It is further stipulated that the period from April 30, 2009, through and including May 21, 2009 be excluded in computing the time within which trial must commence under the

1 | Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
2 | Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: April 28, 2009                /S/ MICHAEL B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Defendant


Dated: April 28, 2009                /S/ MICHAEL BECKWITH
                                     Michael Beckwith
                                     Attorney for Plaintiff


**IT IS SO ORDERED.**

**DATED: May 1, 2009**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE